# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY GUEVARA,<br><br>    Defendant. | Case No. 5:25-po-00008-CDB<br><br>CVB Violation E2091178 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 11) |

Defendant Johnny Guevara was issued Violation Notice E2091178, with a collateral owing that was corrected by Plaintiff United States of America at Defendant's initial appearance to reflect a total amount due of $230.00. At his initial appearance, Defendant requested to attend traffic school. Defendant was ordered to complete traffic school and pay the collateral on or before May 5, 2025.

On May 2, 2025, Defendant paid $250.00 and submitted proof of completion of traffic school. Accordingly, the Court accepted it as payment in full and closed the case.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $20.00.

IT IS SO ORDERED.

Dated:  **May 14, 2025**

_____
UNITED STATES MAGISTRATE JUDGE